UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKORA ABDULHAQQ and MERCY CONNOR, individually, and on behalf of other members of the general public similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>URBAN OUTFITTERS,<br><br>  Defendant.<br>_____ / | No. C 13-03184 SI<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE HEARING** |

The parties have two motions scheduled for hearings in the same month: plaintiffs' motion to remand is set September 6, 2013, and defendant's motion to stay the case is set for September 20, 2013. Defendant has filed an administrative motion to have both motions heard on September 20, 2013.

Ordinarily, diligent counsel dispose of such routine scheduling matters by stipulation. Here, however, plaintiffs' counsel has opposed the continuance, contending that the Court should not entertain a motion to stay until plaintiffs' motion to remand is decided on its merits. Plaintiffs' contention is misguided. Hearing the two matters on the same day in no way presumes that the Court will address the merits of one at the expense of the other. Moreover, as plaintiffs themselves note, the Court may eventually vacate the hearing on either motion pursuant to Civil Local Rule 7-1(b).

Judicial economy is best served by granting defendant's requested continuance. Accordingly, defendant's motion is GRANTED and the Court hereby CONTINUES the hearing on plaintiffs' motion to remand (Docket No. 11) to September 20, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 19, 2013

SUSAN ILLSTON
United States District Judge